CLERK OF COURT
P.O. BOX 12308
AUSTIN, TX. 78711

RE: WR-66,132-05
IN BRAZIA CO. CAUSE No. 18451-C

DEAR CLERK: PLEASE BE ADVISED OF MY

NEW ADDRESS LOCATION AS LISTED BELOW.
        THANKS FOR YOUR TIME.

66,132-05

SEPT. 3 2015
RECEIVED IN
COURT OF CRIMINAL APPEALS
SEP 08 2015
Abel Acosta, Clerk

LARRY SAMFORD
498581
WYNNE UNIT
810 FM 2821 WEST
HUNTSVILLE, TX. 77349